AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
ANA DOMINGUEZ

*Defendant(s)*

Case No. 2:26-mj-06060-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 6, 2026 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Alfredo Rossi, Supervisory Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6:51 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Alfredo Rossi, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Ana DOMINGUEZ ("DOMINGUEZ") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Supervisory Special Agent with Homeland Security Investigations ("HSI") and have been so employed since June 2019. I am currently assigned as an Acting Assistant Special Agent in Charge to the El Camino Real Financial Crimes Task Force, where I lead a team of investigators who focuses on matters concerning wire fraud, narcotics trafficking, money laundering, currency reporting requirements, bulk cash smuggling, and other financial crimes.

4. Prior to becoming a Special Agent with HSI, I was

employed as a Special Agent with the United States Secret Service ("USSS") from June 2016 until June 2019, where I was responsible for the investigation of various types of theft, fraud and schemes to conceal and launder the proceeds of such crimes, including the investigation of financial crimes.

5. To become an HSI Special Agent, I completed nine months of training at the Federal Law Enforcement Training Center in Brunswick, Georgia. During my employment as an HSI and USSS Special Agent, I have participated in several investigations related to narcotics and bulk cash smuggling, weapons trafficking, organized criminal activity, wire fraud, money laundering, structuring, and other financial crimes. I have participated in various aspects of criminal investigations, including bank records analysis, telephone records analysis, electronic surveillance, physical surveillance, search warrants, arrests, and reviewing evidence from digital devices. I have also spoken to many law enforcement agents regarding their experience in investigating financial crimes, and interviewed defendants, confidential informants, and witnesses who had personal knowledge regarding the methods used to commit financial crimes.

6. Based upon my experience and training with HSI as well as conversations I have had with other agents and law enforcement officers who specialize in narcotics investigations, I am familiar with the methods utilized in narcotics-trafficking operations and the trafficking patterns employed by narcotics organizations. I have spoken with federal agents, as well as other law enforcement officers,

about their experiences and the results of their investigations and interviews. Through my conversations with these agents and other law enforcement officers, I am knowledgeable about the methods and modes of narcotics operations.

7. Furthermore, through my investigations, my training and experience, and my conversations with other agents, I am familiar with the laws and regulations designed to prevent and detect money laundering. The United States has a series of regulations and laws that are designed to detect and prevent the introduction of criminal proceeds into the banking system and the use of criminal proceeds in commerce. Based on my training and experience, I know that individuals engaged in criminal conduct attempt to circumvent the regulations and laws designed to detect the use of criminal proceeds.

## III. STATEMENT OF PROBABLE CAUSE

8. Department of Homeland Security ("DHS") records reveal that DOMINGUEZ was born on January XX, 1966, in El Salvador, and is a native and citizen of El Salvador, who is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

9. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for DOMINGUEZ with fraud indicators that DOMINGUEZ either registered to vote, has voted, or both.

10. During the HSI investigation of DOMINGUEZ, Special

Agents ("SAs") conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A-XXXXX8789 in the name "DOMINGUEZ" with a date of birth of January XX, 1966, country of birth and citizenship as El Salvador. This record includes a photograph of the person SAs recognize to be DOMINGUEZ. This recognition is based on my comparison to other law enforcement photographs of DOMINGUEZ. This record also lists additional identifying information for DOMINGUEZ to include a physical address: 62XX Orange Ave., Long Beach, CA 90805, a telephone number ending in -8680, an email of JASMINEDOMINGUEZXXX@XXXXX.COM, and date of birth of 01/XX/1966.

11. On September 9, 2026, SAs attempted a consensual encounter at two known addresses associated to DOMINGUEZ. Both addresses were discovered to be prior addresses associated to DOMINGUEZ and SAs were unable to physically locate DOMINGUEZ.

12. Immigration documentation, specifically N-400 records for DOMINGUEZ, also lists her birth country and citizenship as El Salvador, and contains a Social Security number ending in -2517 and a driver's license number CXXXX986.

13. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number CXXXX986 is associated with the name "DOMINGUEZ" and is associated with the same address on 62XX Orange Ave, Long Beach CA 90805. The latest issue date of this record is January 3, 2024, and it contained a photograph which SAs believe depicts DOMINGUEZ based on SAs' comparisons to pictures, and SAs' interactions and correspondence with

other law enforcement officers. This record also shows a date of birth as 01/XX/1966 and contains an image of DOMINGUEZ's signature.






14. During the HSI investigation of DOMINGUEZ, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for DOMINGUEZ associated with an address of XXX E. 49th St., Long Beach, CA 90805.

15. In September 2026, SAs received a certified voter registration application number XXXXX3744, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles.

The voter registration name is listed as "DOMINGUEZ" and lists the same address on XXX E. 49th St., Long Beach, CA 90805.

16. On the application question of "Are you a citizen of the United States of America" the answer "yes" is checked. Following a declaration under penalty of perjury warning, the voter registration application is signed and dated 07/30/06.



**NOTICE: It is a felony if you sign this statement even though you know it is untrue; you can be fined and imprisoned for up to three years.**

Yes No Are you a citizen of the United States of America?

Yes No Will you be 18 years of age on or before election day?

**If you checked "no" in response to either of these questions, do not complete this form.**

**VOTER DECLARATION**—Read, sign, and date below.

I am a U.S. citizen, will be at least 18 years old on or before the next election, and am not imprisoned or on parole for a felony conviction. I certify under penalty of perjury under the laws of the State of California that all the information on this form is true and correct.

***SIGNATURE—You must sign and date in box below.***

X Ana Dominguez

Signature

Today's Date

07 30 06

91 AR 331535

17. The voter application also provided the following for DOMINGUEZ:

a. California ID number DL #XXXX8986

b. Date of birth as 01/XX/1966

c. Place of birth as EL SALVADOR

d. "SSN4" as NOT LISTED

e. Phone number as XXX-XXX-8298

f. Email as NOT LISTED

18. The signature supplied by the voter and attached to voter application number XXXXX3744 is in the name of DOMINGUEZ and appears to match DOMINGUEZ'S signature on her California driver's license dated July 30, 2006.

19. Additionally, SAs have reviewed DHS records to determine whether DOMINGUEZ has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show DOMINGUEZ is seeking naturalization and filed an N-400 application. Multiple records of photo identification were uploaded to the application including a copy of DOMINGUEZ's California State Driver's License CXXXX8986.








20. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

1. Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No
2. Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

21. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is signed and dated March 6, 2026.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable): Ana Dominguez
Date of Signature (mm/dd/yyyy): 03-06-2026

22. The Form N-400 Naturalization application also provided the following for DOMINGUEZ:

a. Alien Number as A-XXXXX8789

b. Date of birth as 01/XX/1966

c. Place of birth as EL SALVADOR

d. "SSN4" as -2517

e. Phone number as 562-706-XXXX

f. Email as JASMINEDOMINGUEZXXX@XXXXX.COM

23. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

24. On September 15, 2026, SAs called DOMINGUEZ via telephone ending in -8680 and explained they are trying to ascertain whether DOMINGUEZ voted in the prior elections. A person claiming to be DOMINGUEZ agreed to meet with SAs at DOMINGUEZ's current residence, located at XXXX Orange Avenue, Long Beach, California 90805 at 4:00PM. SAs arrived at DOMINGUEZ's residence at the agreed time and identified themselves but were unable to speak to DOMINGUEZ.

## IV. CONCLUSION

25. Based on the foregoing, I believe there is probable cause to believe that DOMINGUEZ knowingly and willfully falsely stated under oath that she was a United States Citizen in her voter registration application in order to register to vote and secure the issuance of an election ballot permitting her to vote in a California and federal election in violation of 18 U.S.C. § 1015(a).

/s/
ALFREDO ROSSI, Supervisory
Special Agent, Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE