Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 OCT 19 AM 10: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY KMA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>V.<br>Ana Dominguez<br>USMS# ______ DEFENDANT | CASE NUMBER: 2:26-mj-06060-DUTY<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/19/2026 at 0650 ☒ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   18 U.S.C. § 1015(a)- False Claim to U.S. Citizenship
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1966
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: Duty
10. Remarks (if any): ______
11. Name: Virginia Pulido (please print)
12. Office Phone Number: 562-233-0351
13. Agency: HSI
14. Signature: VIRGINIA A PULIDO Digitally signed by VIRGINIA A PULIDO Date: 2026.10.19 05:48:50 -07'00'
15. Date: 10/19/2026